UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ZACHARY ANDERSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE McDONALD, Warden,<br><br>　　　　Respondent.<br>_____/ | No. C-11-2636 EMC (pr)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED PETITION**<br><br>**(Docket No. 5)** |

　　Petitioner's request for an extension of time to file his amended petition for writ of habeas corpus is **GRANTED**. (Docket # 5.) Petitioner must file his amended petition no later than **November 4, 2011**.

　　In his letter requesting the extension of time, petitioner mentioned that he was uncertain whether another inmate had filed a motion for him. Petitioner is informed that, in the nearly two months since the order of dismissal with leave to amend was filed, the Court has not received anything for filing in this action other than Petitioner's letter dated September 7, 2011, in which he requested the extension of time.

　　IT IS SO ORDERED.

Dated: October 4, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge