UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC ZACHARY ANDERSON,   No. C-11-2636 EMC (pr)

    Petitioner,

v.   **SCHEDULING ORDER**

MIKE McDONALD, Warden,

    Respondent.
_____/

    In an order filed September 18, 2012, the Court set a briefing schedule for the first amended petition. *See* Docket # 15. Due to an oversight at the Courthouse, the order was not served on Respondent. Accordingly, the Court now vacates the briefing schedule in that order and sets the following new briefing schedule:

    1.    The Clerk shall serve by mail a copy of this order, the order filed on September 18, 2012, the petition, the amended petition, and the first amended petition upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this order on Petitioner.

    2.    Respondent must file and serve upon Petitioner, on or before **March 29, 2013**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the first amended petition.

    3.    If Petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on Respondent on or before **April 26, 2013**.

Petitioner wrote to the Court that the Court had sent mail to him at an outdated address. The reason for the misdirected mail appears to be Petitioner's failure to file a notice of change of address. Petitioner is cautioned that he needs to file a one-page document that he labels as a "Notice of Change of Address" that provides his updated address every time he is moved to a new prison or if he is released from prison.

IT IS SO ORDERED.

Dated: January 29, 2013

_____
EDWARD M. CHEN
United States District Judge

2